## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DEBORAH REASONER,
JEFFERY A. REASONER,

       Plaintiffs,

vs.                                CASE NO. 6:06-CV-1819-ORL-19DAB

ALL SEASONS POOLS, INC.,
ALL SEASONS POOL SERVICE, INC.,
JOHN N. WATTS, DIANE P. WATTS,

       Defendants.

_____

### ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 56, filed February 26, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 56) is **ADOPTED and AFFIRMED.** The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. The parties shall bear their respective attorney's fees and costs. The Clerk of Court is directed to **CLOSE THIS FILE.**

**DONE AND ORDERED** at Orlando, Florida, this __18th__ day of March, 2008.

_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record